(110 So. 917)

L. A. ANDERSON v. MRS. A. H. JAFFEE. (6 Div. 92.) (Court of Appeals of Alabama. Dec. 14, 1926.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

———

(110 So. 917)

L. A. ANDERSON v. Mrs. A. H. JAFFEE. (6 Div. 93.) (Court of Appeals of Alabama. Dec. 14, 1926.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

———

(107 So. 924)

Herman ARTHUR v. STATE. (7 Div. 130.) (Court of Appeals of Alabama. Feb. 16, 1926.) Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge. Isbell & Scott, of Ft. Payne, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. We have carefully examined all the evidence adduced upon the trial of this case, as shown by the record. It was totally insufficient to warrant the conviction of this appellant, and in overruling the defendant's motion to exclude the evidence the court committed reversible error. Under the whole evidence, the defendant was entitled to his discharge. Reversed and remanded.

———

(106 So. 913)

Horace ASH v. STATE. (7 Div. 181.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, Cherokee County, W. W. Haralson, Judge. Distilling.

RICE, J. Appeal dismissed on motion of appellant.

———

(108 So. 921)

Edgar BACHELOR v. STATE. (5 Div. 611.) (Court of Appeals of Alabama. April 20, 1926.) Appeal from Circuit Court, Elmore County; G. F. Smoot, Judge. Violating prohibition law.

RICE, J. Appeal dismissed.

———

(107 So. 924)

Will Tom BAGGOTT v. STATE. (4 Div. 149.) (Court of Appeals of Alabama. April 13, 1926.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Grand larceny.

RICE, J. Appeal dismissed.

(105 So. 922)

Ad BARKER v. STATE. (7 Div. 71.) (Court of Appeals of Alabama. Aug. 4, 1925.) Appeal from Circuit Court, Calhoun County; S. W. Tate, Judge. Violating prohibition law. See, also, 103 So. 914.[1] Chas. F. Douglas, of Anniston, for appellant. Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

BRICKEN, P. J. We are convinced, from a reading of the testimony in this case, that the state failed to meet the necessary burden of proof, and the defendant, under all the evidence adduced upon this trial, was entitled to an acquittal. There was no testimony to connect the defendant with the whisky found upon his premises, nor was there any evidence that he had any knowledge thereof. The following authorities are in point, and upon which the judgment of conviction is reversed: Ammons v State (Ala. App.) 101 So. 511;[2] Jones v. State, 18 Ala. App. 116, 90 So. 135; Fair v. State, 16 Ala. App. 152, 75 So. 828; Spelce v. State, 17 Ala. App. 401, 85 So. 835; Watts v. State, 19 Ala. App. 549, 98 So. 914; Wilson v. State, 20 Ala. App. 62, 100 So. 914; Watkins v. State 20 Ala. App. 246, 101 So. 334. Reversed and remanded.

———

(105 So. 922)

Frank BATTLE v. STATE. (5 Div. 579.) (Court of Appeals of Alabama. Aug. 4, 1925. Rehearing Denied Oct. 27, 1925.) Appeal from Circuit Court, Tallapoosa County; N. D. Denson, Judge. Jas. W. Strother, of Dadeville, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. The defendant was convicted of unlawfully being in possession of a still, etc., to be used for the purpose of manufacturing prohibited liquors, and appeals. No brief has been filed on behalf of appellant. There was ample evidence to support the verdict returned, and the trial court did not err in refusing to give the general affirmative charge in his favor, duly requested by defendant. We have examined each of the few exceptions reserved on the admission or rejection of testimony, and in each instance we find the ruling complained of to involve only an elementary principle of law, and to be free from prejudicial error. No written charges, other than the general affirmative charge, were refused to defendant. There being no prejudicial error in the record, the judgment is affirmed. Affirmed.

———

(106 So. 913)

Alonzo BEAN v. STATE. (7 Div. 138.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge. Violating prohibition laws. See, also, post, p. 659, 106 So. 914.

SAMFORD, J. Appeal dismissed.